IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE THOMPSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-619 |
| | ) | Judge Arthur J. Schwab/ |
| BOARD OF PROBATION AND PAROLE | ) | Chief Magistrate Judge Maureen P. Kelly |
| (PENNSYLVANIA); SCI-CAMBRIDGE | ) | |
| SPRINGS; SUPERINTENDENT OF | ) | |
| SCI-CAMBRIDGE SPRINGS; MR. | ) | |
| JERMEY [sic] STEWART *Supervisor*; MS. | ) | |
| HEATHER HILDENBRANDT; MR. | ) | |
| DOUGLAS; RANDAL B. TODD; MR. | ) | |
| SNOW; BOARD OF PROBATION AND | ) | Re: ECF No. 7 |
| PAROLE, | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

The above-captioned prisoner civil rights complaint was received by the Clerk of Court on May 12, 2015, and was referred to Chief United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

The Chief Magistrate Judge's Report and Recommendation, ECF No. 8, filed on September 9, 2015, recommended that Plaintiff's IFP application be denied because she has three strikes and that she be made to pay the filing by a date certain and further, if she fails to do so, her complaint should be dismissed for failure to prosecute. Service was made on the Plaintiff at her address of record. Plaintiff was given until September 28, 2015 by which to file objections. To date, no objections have been received by the Court.

AND NOW this 30th day of September 2015, after de novo review of the record in this case, Plaintiff's IFP Motion is **DENIED**. The Report is adopted as the Opinion of the Court.

Plaintiff is ordered to pay the entire filing fee by October 15, 2015 or the case will be dismissed for failure to prosecute without further warning.

                                                  s/ Arthur J. Schwab
                                                  Arthur J. Schwab
                                                  United States District Judge

cc:      The Honorable Maureen P. Kelly
          Chief United States Magistrate Judge

          LYNNE THOMPSON
          OT 0636
          SCI Cambridge Springs
          451 Fullerton Avenue
          Cambridge Springs, PA 16403-1238